UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUSTEES OF ROOFERS LOCAL NO. 33 PENSION )
FUND, THRIFT FUND AND INSURANCE FUND )
)
)
Plaintiffs )
) C.A. NO. 04-10510-DPW
v. )
)
APOLLO ROOFING & SHEET METAL, INC. )
)
Defendant )
)

## REQUEST FOR NOTICE OF DEFAULT

Plaintiffs respectfully request that the Court send Notice of Default to the Defendant, Apollo Roofing & Sheet Metal, Co., P.O. Box 27093, Providence RI 02907 in the above-captioned action. Defendant Apollo Roofing & Sheet Metal, Co. was served with the complaint on April 20, 2004. A copy of the Proof of Service is attached.

As of this date Defendant has not filed an answer or other responsive pleading to the Complaint.

Plaintiffs
by their attorney

*Aaron D. Krakow*
Aaron D. Krakow
BBO #544424
KRAKOW & SOURIS, LLC
225 Friend Street
Boston, MA 02114
(617) 723-8440



# Track & Confirm

**Current Status**

You entered 7003 0500 0002 3271 8880

Your item was delivered at 11:01 am on April 20, 2004 in BOSTON, MA 02114.

*Shipment Details >*

**Notification Options**

> **Track & Confirm by email**   What is this?   *Go >*

**Track & Confirm**

Enter label number:

**Track & Confirm FAQs**



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use   Privacy Policy