AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## DISTRICT OF MASSACHUSETTS

ROOFERS LOCAL NO. 33 PENSION
FUND, et al,

V.

APOLLO ROOFING & SHEET METAL, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

04cv10510 DPW

TO: (Name and Address of Defendant)

Apollo Roofing & Sheet Metal, Inc.
P.O. Box 27093
Providence, RI 02907

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)
Aaron D. Krakow
Krakow & Souris
225 Friend Street
Boston, MA 02114

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

DATE  3-12-04

BY DEPUTY CLERK

AO 440 (Rev. 5/85)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE August 26, 2004 |
|---|---|
| NAME OF SERVER Brian Schulze | TITLE Deputy Sheriff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): by giving in hand to Keith Deal(VP/W,M, over 6', over 200lbs, 36-50yrs), AGENT FOR SERVICE, for Apollo Roofing & Sheet Metal Inc at 316 Lockwood Street, Providence, Rhode Island in the Providence County. Time of service was 12:00PM

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 60.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/31/04
              Date           Signature of Server

SHERIFF OF PROVIDENCE COUNTY
250 BENEFIT STREET
PROVIDENCE, RI 02903
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
# CERTIFICATION OF OFFICE - DEPUTY SHERIFF
OFFICE OF THE CLERK OF SUPERIOR COURT

☒ PROVIDENCE/BRISTOL    ☐ KENT    ☐ WASHINGTON    ☐ NEWPORT

I, Jeanne Rinaldi, Asst., Clerk of the Superior Court of said State for the above County, the same being a Court of Record and having by law a seal, DO HEREBY CERTIFY, that _Brian Schulze_ (Print Name of Deputy Sheriff) is a DEPUTY SHERIFF in and for said State, and as such was, at the time of making service of the within document, duly appointed, qualified and authorized to perform all the duties of a DEPUTY SHERIFF; that I am well acquainted with the handwriting of the above-named deputy sheriff and believe that the signature on the within document is genuine.

In attestation whereof, I subscribe my name and affix the seal of said Superior Court.

_____Jeanne Rinaldi, Asst_____ Clerk
Signature

_____9-7-04_____
Date

SR-22 (Rev. 10/92)