UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUSTEES OF ROOFERS LOCAL NO. 33 PENSION )
FUND, THRIFT FUND AND INSURANCE FUND )
    Plaintiffs )
) C.A. NO. 04-10510-DPW
v. )
)
APOLLO ROOFING & SHEET METAL, INC. )
    Defendant )
)

## NOTICE OF VOLUNTARY DISMISSAL

In accordance with Rule 41(a)(1)(i), plaintiffs hereby give notice of voluntary dismissal of this action. As of this date, defendant has neither answered the complaint nor moved for summary judgment.

    Plaintiffs
    by their attorney

    _Aaron D. Krakow /s/_____
    Aaron D. Krakow
    BBO #544424
    KRAKOW & SOURIS, LLC
    225 Friend Street
    Boston, MA 02114
    (617) 723-8440

**CERTIFICATE OF SERVICE**

I, Aaron D. Krakow, hereby certify that I caused of a copy of the foregoing to be sent by first class mail this 22nd day of October to Apollo Roofing & Sheet Metal, Inc., P.O. Box 27093, Providence RI 02907.

    Aaron D. Krakow /s/